**No. 43742.**—Protests 876152–G, etc., of S. H. Kress & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise in question is similar to that the subject of Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

**No. 43743.**—Protest 983320–G of S. H. Kress & Co. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of rubber inflatable animals similar to those involved in Abstract 41517. The claim at 25 percent under paragraph 1537 was therefore sustained.

**No. 43744.**—Protest 805842–G of Wm. Shaland (New York).

Opinion by TILSON, J. The record showed that certain items consist of uninflated rubber balls the same as those involved in *Woolworth* v. *United States* (T. D. 48231). The claim at 30 percent under paragraph 1502 was therefore sustained as to these articles. Kazoos composed in chief value of metal were held dutiable at 45 percent under paragraph 397. Abstract 32264 followed.

**No. 43745.**—Protest 807131–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the wooden cabinets in question are similar to those involved in Abstract 37636. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 43746.**—Protests 940253–G, etc., of E. Leitz, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622) and *United States* v. *Zeiss* (id. 145, T. D. 48624) the articles in question were held dutiable as photographic cameras and parts at 20 percent under paragraph 1551 as claimed.